# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs. NO. 4:94CR00051-002 SWW | |
| NOLAN MCCOY | DEFENDANT |

## ORDER

Pending before the Court is the government's motion to withdraw the revocation petition against the above named defendant in this matter. For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to withdraw the pending petition to revoke supervised release [doc #256] is **granted**. The motion to revoke supervised release [doc #245] is **denied as moot.**

DATED this 14th day of August 2013.

/s/Susan Webber Wright
United States District Judge